# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1406

Home Depot U.S.A., Inc.

Petitioner

v.

National Labor Relations Board

Respondent

------------------------------

Chamber of Commerce of the United States of America

Amicus Curiae

Cato Institute, et al.

Amici on Behalf of Petitioner

American Federation of Labor and Congress of Industrial Organizations

Amicus on Behalf of Respondent

No: 24-1513

Home Depot U.S.A., Inc.

Respondent

v.

National Labor Relations Board

Petitioner

------------------------------

Chamber of Commerce of the United States of America

Amicus Curiae

Cato Institute, et al.

Amici on Behalf of Respondent

American Federation of Labor and Congress of Industrial Organizations

Amicus on Behalf of Petitioner

---

Appeal from National Labor Relations Board
(18-CA-273796)

---

**ORDER**

Petitioner's motion for extension of time to file the reply brief is granted. Petitioner may have until August 30, 2024 to file the brief.

July 19, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Maureen W. Gornik