

United States Government

NATIONAL LABOR RELATIONS BOARD

OFFICE OF THE GENERAL COUNSEL

Washington, D.C. 20570

September 19, 2024

Maureen Gornik
Acting Clerk of the Court
U.S. Court of Appeals for the Eighth Circuit
111 South Tenth Street, Room 24.329
St. Louis, Missouri 63102

    Re:   *Home Depot USA, Inc. v. NLRB*, Nos. 24-1406, 24-1513

Dear Ms. Gornik,

    I am writing to alert the Court to my availability for oral argument in this case. I am unavailable November 18-19, 2024, due to pre-planned personal travel and a recently scheduled oral argument in *NLRB v. ArrMaz Products, Inc.*, 11th Cir. No. 23-10291 on November 19. Thank you for your consideration of this scheduling request.

                            Respectfully,

                            /s/ Joel Heller
                            Joel Heller
                            National Labor Relations Board
                            1015 Half Street SE
                            Washington, DC 20570
                            (202) 273-1042